```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

GERALD WAYNE UNDERWOOD,   )
    Petitioner,        )
                            )
          v.                )   Civil Action No. 09-1115
                            )   (Criminal No. 08-92)
UNITED STATES OF AMERICA, )
    Respondent.         )

## ORDER

AND NOW, this 24th day of August, 2009, the Court, having received petitioner's motion to vacate [document #47 at Criminal No. 08-92] and brief in support, IT IS HEREBY ORDERED that any response to the motion and brief shall be filed on or before September 21, 2009.

IT IS FURTHER ORDERED that any reply to a response shall be filed on or before October 9, 2009.

                                      BY THE COURT:

                                      s/Gary L. Lancaster_____, J.
                                      Hon. Gary L. Lancaster,
                                      United States District Judge

cc:  Gerald Wayne Underwood, #09458-068
     N.E. Ohio Correctional Center
     2240 Hubbard Road
     Youngstown, OH 44505

     Almon S. Burke, Jr.,
     Assistant United States Attorney